ALEXANDER HENNIG et al., Appellants, *v.* JOHN J. ABRA-
HAMS, Respondent, Impleaded with Another.

(Argued March 3, 1936; decided March 17, 1936.)

*Max Ornstein* for appellants.

*Morton A. Roth* and *Maxwell Green* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.